■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN PORTNER.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney, New York County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court, and on the further condition that the appeal be perfected and noticed for argument for a term on or before the February 1963 Term of this court. That branch of the motion seeking assignment of counsel is denied. The appeal is from an order denying without a hearing appellant's *coram nobis* application. Appellant therefore either has in his possession a copy of the original papers to be used in the consideration of this appeal or has full knowledge of the contents of such papers. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for consolidation granted to the extent contained in the order of this court filed herein. Motion to adjourn appeal dismissed as academic by virtue of the disposition rendered on motion decided herein. Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY WEBB.— Motion for an order relieving court-assigned counsel denied in all respects. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ISMAEL MARTINEZ.— Motion for an order directing the furnishing of a free transcript of trial minutes denied. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of NELSON PRINCE v. WORKMEN'S COMPENSATION BOARD. — Motion granted and the appeal taken by petitioner-appellant from the order of the Supreme Court, New York County, entered on June 5, 1962, and the appeals taken by respondent from the orders of said court, entered on February 16, 1962 and June 5, 1962, be and the same hereby are transferred to the Appellate Division, Third Judicial Department. Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ In the Matter of the Commitment of SUSAN SILVERGLAD. JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Appellant; MOLLIE LEWIS, Respondent. — Motion to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of certain exhibits which are set forth in the moving papers herein on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Respondent's request to dispense with the printing of her respondent's points is granted, upon condition that the respondent serves one copy of the typewritten or mimeographed respondent's points on the attorney for appellant and files 6 typewritten or 19 mimeographed copies of respondent's points with this court. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.